# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAUL ADRIAN TORRES

    Defendant.

CR NO: 1:18-MJ-00063 EPG

FILED
JUN 1 9 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: Raul Adrian Torres
Detained at: Fresno County Sherriff's Office
Detainee is:
  a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint charging detainee with:

**18 U.S.C. 922(g)(1) – Felon in Possession of a Firearm**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
  a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on June 22, 2018 at 2:00 p.m in the Eastern District of California.*

Signature: /s/ Kirk E. Sherriff
Printed Name & Phone No: Kirk E. Sherriff/559-497-4000
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **on June 22, 2018 at 2:00 p.m.**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 6-19-18

Honorable Sheila K. Oberto
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Raul Adrian Torres | ☒Male ☐Female | |
| Booking or CDC #: | 1816442 | DOB: | 08/03/1997 |
| Facility Address: | | Race: | |
| Facility Phone: | | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

(signature)