**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                 Plaintiff,<br><br>     v.<br><br>**RAUL ADRIAN TORRES,**<br><br>                 Defendant. | CR NO: 1:18-cr-00147 LJO/SKO |

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Raul Adrian TORRES | |
| Detained at | Wasco State Prison | |
| Detainee is: | a.) | ☐ charged in this district by:   ☒ Indictment   ☐ Information   ☐ Complaint<br>charging detainee with: _____ |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary July 10, 2018 at 2:30 p.m. before Judge Thurston in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Kirk E. Sherriff |
| Printed Name & Phone No: | KIRK E. SHERRIFF; 559-497-4000 |
| Attorney of Record for: | United States of America |

**WRIT OF HABEAS CORPUS**
    ☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, July 10, 2018 at 2:30 p.m. and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Jul 9, 2018**

                                      Honorable Stanley A. Boone
                                      U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male    ☐ Female | |
| Booking or CDC #: | BG6164 | DOB: | 08/03/1997 |
| Facility Address: | Wasco State Prison | Race: | |
| Facility Phone: | | FBI#: | |
| Currently | | | |

**RETURN OF SERVICE**

Executed on: _____                _____
                                       (signature)