**ROGER T. NUTTALL #42500**
**NUTTALL COLEMAN & DRANDELL**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant, RAUL TORRES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAUL TORRES,<br><br>    Defendant. | No. 18-CR-0147-LJO-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the Sentencing Hearing currently scheduled for April 29, 2019, at 8:30 a.m. be continued to **June 10, 2019, at 8:30 a.m.** before the Honorable Lawrence J. O'Neill.

**IT IS ALSO STIPULATED** by and between the parties herein that the parties' informal objections to the Presentence Report shall become due on **May 13, 2019,** and the parties' formal objections shall become due on **May 28, 2019.**

The need for a continuance is based upon defense counsel's current schedule and other relevant circumstances. Defense counsel's current situation has been relayed to the Government through Assistant U.S. Attorney Kirk Sherriff who has no objection to the continuance.

1

As relayed to Mr. Sherriff, defense counsel has recently been involved in a series of trials and is currently in the middle of a 2-week jury trial in the Fresno County Superior Court. As such, defense counsel has not had the opportunity to discuss in full the probation report with the Defendant who is housed in Lerdo, and is not therefore able to adequately prepare informal objections which had been due on Monday, April 1, 2019.

Defense counsel simply needs more time to be able to fully address the probation report and to offer the Defendant effective assistance as related to sentencing.

The parties stipulate and agree that time can be excluded from April 29, 2019, to, and including, June 10, 2019, based upon counsel's need to be able to adequately represent his client at sentencing, and that the ends of justice outweigh the public's and defendants' interest in a speedy resolution.

Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove-noted date.

**IT IS SO STIPULATED.**

Dated: March 29, 2019.  Respectfully submitted,

NUTTALL COLEMAN & DRANDELL


By /s/ ROGER T. NUTTALL
　　ROGER T. NUTTALL
　　Attorneys for Defendant,
　　RAUL TORRES

///
///
///

Dated: March    , 2019.          PHILLIP A. TALBERT
                                 United States Attorney


                                 By_____
                                    KIRK SHERRIFF
                                    Assistant U.S. Attorney


**ORDER**

Good cause appearing therefor,

The Sentencing Hearing currently scheduled on April 29, 2019, at 8:30 a.m., is continued to **June 10, 2019, at 8:30 a.m.**, and the above-noted briefing schedule is to be followed.

NO FURTHER CONTINUANCES.

IT IS SO ORDERED.

Dated:  **April 1, 2019**                    /s/ Lawrence J. O'Neill
                                       UNITED STATES CHIEF DISTRICT JUDGE