|   |   |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 18-CR-0147-LJO-SKO |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING AND PROPOSED ORDER** |
| v. | |
| **RAUL TORRES,** | |
| Defendant. | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**IT IS HEREBY STIPULATED** by and between the parties hereto that the Sentencing Hearing currently scheduled for July 8, 2019, at 8:30 a.m. be continued to **August 12, 2019, at 8:30 a.m.** before the Honorable Lawrence J. O'Neill.

The need for a continuance is based upon defense counsel's current schedule, as well as other relevant circumstances. Defense counsel's current situation has been relayed to the Government through Assistant U.S. Attorney Kirk Sherriff who has no objection to the continuance based upon defense counsel's trial schedule.

As relayed to Mr. Sherriff, defense counsel began a 2-week jury trial in the Kings County Superior Court today, July 1, 2019. As the Kings County Superior Court proceeds with the trial every day, counsel shall not be able to attend the sentencing hearing as scheduled and provide the Defendant with effective assistance as related to sentencing.

The parties stipulate and agree that time can be excluded from July 8, 2019, to, and including, August 12, 2019, based upon counsel's need to be able to adequately represent his client at

1

sentencing, and that the ends of justice outweigh the public's and defendants' interest in a speedy resolution.

Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove-noted date.

**IT IS SO STIPULATED.**

Dated:  July 3, 2019.          Respectfully submitted,

                               NUTTALL COLEMAN & DRANDELL


                               By /s/ ROGER T. NUTTALL
                                  ROGER T. NUTTALL
                                  Attorneys for Defendant,
                                  RAUL TORRES

Dated:  July 3, 2019.          McGREGOR W. SCOTT
                               United States Attorney


                               By  /s/ Kirk E. Sherriff
                                   KIRK E. SHERRIFF
                                   Assistant U.S. Attorney

### ORDER

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled on July 8, 2019, at 8:30 a.m., is continued to **August 12, 2019, at 8:30 a.m.**

IT IS SO ORDERED.

Dated:  **July 3, 2019**              /s/ Lawrence J. O'Neill
                                   UNITED STATES CHIEF DISTRICT JUDGE

2