IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 1:18-00147-1-DAD |
|---|---|---|
| Plaintiff, | ) ) ) | CA №: 20-10112 |
| vs. | ) ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| RAUL ADRIAN TORRES, | ) ) | |
| Defendant. | ) ) | |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him on appeal. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Carlton Gunn be appointed to represent the above defendant in this case effective *nunc pro tunc* to March 20, 2020, substituting CJA Panel Attorney, Peter Jones.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: **March 26, 2020**   _____
UNITED STATES DISTRICT JUDGE

-1-