Carlton F. Gunn
Attorney at Law
65 North Raymond Ave., Suite 320
Pasadena, CA 91103
Telephone (626) 667-9580
(E-mail:  cgunnlaw@gmail.com)

Attorney for Defendant
RAUL ADRIAN TORRES

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Appellee,<br><br>　vs.<br><br>RAUL ADRIAN TORRES,<br><br>　　　　Defendant-Appellant. | NO. 1:18-cr-00147-DVD<br><br>ORDER FOR COPY OF TRANSCRIPT OF SEALED PROCEEDINGS |

## **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sealed portion of the transcript for the sentencing hearing held on March 6, 2020 be unsealed as to defendant's appellate counsel and provided to defendant's appellate counsel for purposes of evaluating its relevance to potential appellate issues.

IT IS SO ORDERED.

Dated:  **May 8, 2020**　　　　　　　　　　_Dale A. Drozd_
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE